Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

LYNNE ANN HOLIDAY

CASE NO. 13-70286-HDH-13

AKA1:                                            AKA2:
DBA1: RED RIVER RESEARCH          DBA2:
SS#1: xxx-xx- 9758                      SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:  __8/28/2013__   Orig. Time:   __3:00 PM__     Reset Date:          Reset Time:

B. Meeting Results:     __Adjourned__

C. Debtor(s):     __Debtor 1 Appeared__

D. Attorney for Debtor(s):     __Appeared__

E. Creditor Appearance:     none

F. Amount Paid to the Trustee as of       8/28/2013     __$0.00__     First Payment Due Date:     __8/30/2013__

G. File Trustee's Motion to Dismiss because

H. B22C Information:       B22C Form is:     __Complete__

      Budgeted Income:     __$8,324.00__     Expense:     __$8,024.00__     Surplus:     __$300.00__

      Plan Payment:     __$300.00__    __Monthly__                      Plan Term(Months):     __60__

I. Value of Non-Exempt Property:     __$0.00__   Proposed Amount to Unsecured Creditors:     __$0.00__

    ___   Objection to Exemption of:

    ___   Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:

    ___   Object to Invoke Stay Pleading

    ___   Case Converted from Chapter 7, Bar Date Set:     __11/26/2013__   Date Converted from Chapter 7:

J. Required Information:     __GOOD THANK YOU__

K. Business Information:

L. Object to Confirmation:     __Yes__

      Business equipment valued at $750 on business questionnaire, but only $500 on Schedule I-$750 is accurate
      $2,500 accounts receivable on business questionnaire, not on Schedule B-did have that much when filed
      Business valued at $50,000 on business questionnaire, not on Schedule B-purchased a client list, would ask for $50,000 if
      she sold the business today-does think she could get that
      Excessive expenses in schedule J: $200 clothes-no reason
      $400 medical-yes do spend that much-no objection
      $560 utilities-swimming pool pump runs up electricity

M. Financial Management Class:     __Debtor 1 Appeared__

N. Eligibility:

      Certificate of Credit Counseling Filed:     __Debtor 1 Only__

      Credit Counseling Provider Approved:               __Yes__

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):     __No__

O. Domestic Support Obligation:     __$0.00__   Current:         Arrears:     __$0.00__

      Affidavit and Disclosure of Domestic Support Obligations Received:   __Yes__

P. Remarks:     Capital One Bank not listed on matrix
                 Does she travel a lot? Travels a lot, covers large area in North Texas
                 1st pmt of $300 is due 8/30/13, no ww
                 confirmation hearing 9/18/13

Dated:     __8/28/2013__                                    /s/ Walter O'Cheskey

                                                  Standing Bankruptcy Trustee

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

By:        Angela Gonzales

| Case Number: | | 13-70286 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | HOLIDAY | | | | |
| Attorney: | | MJW | | | | |
| Presiding Officer: | | Angela | | | | |
| Calculation Date: | | | | | | 8/28/2013 10:50 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $11,264.13 | | 60 | $187.74 | $11,264.13 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees          Paid Through the Plan | $3,676.00 | | | | $3,676.00 |
|---|---|---|---|---|---|
| Noticing Fees | $57.60 | | | | $57.60 |
| Clerk Filing Fees | | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $1,000.00 | | | | |
| Less Trustee Fees | $100.00 | | | | |
| Less Attorney Fees | $3,676.00 | | | | |
| Less Noticing Fees | $57.60 | Greater Of --------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $11,264.13 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |
| | | | | | |
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $40,882.99 |

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $16,657.74 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $18,000.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $1,342.26 |

| Comments: |
|---|

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 8/28/2013 10:50 |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 1 |
| **Minimum to Unsecureds** | | $0.00 |

| **Comments:** |
|---|